Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed January 6, 2011.

 

            

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01050-CV

____________

 

IN RE SAFECO INSURANCE COMPANY OF
INDIANA, CAROL HAMLET, AND WILLIAM COSTELLO, Relators

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

Trial Court No. 2009-29972

11th District Court

Harris, County Texas

 

 

 



M E M O R
A N D U M  O P I N I O N

            On October 28, 2010, relators, Safeco Insurance Company of
Indiana, Carol Hamlet, and William Costello, filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann §22.221; see also
Tex. R. App. P. 52.1. 

On December 17, 2010, the parties filed a joint motion to
dismiss the petition.  The motion is granted.  The stay issued on December 9,
2010 is lifted.

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Frost and Brown.